**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00154-CR**
_____

**DEWAYNE LEE WALDRUP, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-10-12141-CR**

**ORDER**

Appointed counsel for appellant, Dewayne Lee Waldrup, filed a motion to withdraw as counsel and grant Waldrup's request to proceed *pro se* on appeal. The State filed a motion to remand the case for a hearing and admonishments regarding the dangers and disadvantages of proceeding without appellate counsel. *See generally Faretta v. California*, 422 U.S. 806 (1975); *see also Martinez v. Court of Appeal of California, Fourth Appellate Dist.*, 528 U.S. 152, 163 (2000) (Courts may exercise discretion to allow an appellant to proceed *pro se*.).

1

We abate the appeal and remand the case to the trial court for a hearing to determine whether appointed counsel should be dismissed and whether appellant should be permitted to proceed *pro se*. We direct the trial court to fully admonish appellant as to the dangers of self-representation on appeal and determine whether appellant's apparent decision to relinquish the benefits associated with counsel and to proceed *pro se* is knowingly and intelligently made. A supplemental reporter's record of the hearing, and a supplemental clerk's record containing any written findings and orders of the trial court, are to be transmitted to this Court on or before September 22, 2021. The appeal will be reinstated without further Order of this Court when the supplemental record is filed. All appellate timetables are suspended while the case is before the trial court.

ORDER ENTERED August 23, 2021.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.

2